Michael Pyzik and Mary Pyzik, appellees, v. Sofia Ryba, appellant. Gen. No. 30,647.

Bill to establish vendor's lien. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded with directions. Opinion filed July 13, 1926. Rehearing denied July 24, 1926.

Harry A. Goldsmith, for appellant. A. A. Worsley, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Robert Leonard Peterson, appellee, v. Carl Johnson and Olga Johnson, appellants. Gen. No. 30,656.

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed July 13, 1926.

Litsinger, Healy & Reid, for appellants. Elmer J. Schnackenberg, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Anna M. Foster, appellee, v. Yellow Cab Company, appellant. Gen. No. 30,666.

Action for negligent injury to automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed July 13, 1926.

Blake & Levinson, for appellant; Harris J. Blake, Jr., and James R. Hanrahan, of counsel. No appearance for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Sarah A. Bond and Philip Q. Bond, appellants, v. Henry J. Lageschulte, appellee. Gen. No. 30,681.

₀ Bill to establish deed as mortgage, and for an accounting and reconveyance. Decree for defendant. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded with directions. Opinion filed July 13, 1926.

Fred B. Silsbee, for appellants. Castle, Williams, Long & Castle, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.